■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BENJAMIN ARNOLD, Appellant. [915 NYS2d 882]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered May 5, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Sconiers and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GRILL WILLIAMS, Appellant. [915 NYS2d 882]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered October 30, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sexual act in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Sconiers and Gorski, JJ.